01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:                                                )
    **Robert D LaJennesse**                     )    Chapter 7
    **Erin J LaJennesse**                       )    Bankruptcy Case No.
                                                      )
    Debtor(s)                                  )

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A.    We, **Robert D LaJennesse** and **Erin J LaJennesse**, the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information we have given our attorney is true and correct; (2) we have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document's are true and correct.

B. ☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

**Robert D LaJennesse**
Printed or Typed Name of Debtor or Representative

*/s/ Robert D LaJennesse*
Signature of Debtor or Representative

March 20, 2015
Date

**Erin J LaJennesse**
Printed or Typed Name of Joint Debtor

*/s/ Erin J LaJennesse*
Signature of Joint Debtor

March 20, 2015
Date